```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
```

**FILED**

MAR 1 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                            )<br>           Plaintiff,       )<br>                            )<br>      v.                    )<br>                            )<br>ALL FUNDS HELD IN ACCOUNT   )<br>LEIKA-85157 AT BANCA        )<br>UNIONE DI CREDITO IN THE    )<br>APPROXIMATE AMOUNT OF       )<br>$1,197,945, PLUS ANY        )<br>ACCRUED INTEREST,           )<br>                            )<br>ALL FUNDS HELD IN ACCOUNT   )<br>BUGGY-85192 AT BANCA        )<br>UNIONE DI CREDITO IN THE    )<br>APPROXIMATE AMOUNT OF       )<br>$280,860.62, PLUS ANY       )<br>ACCRUED INTEREST,           )<br>                            )<br>ALL FUNDS HELD IN ACCOUNT   )<br>SULKY-85172 AT BANCA        )<br>UNIONE DI CREDITO IN THE    )<br>APPROXIMATE AMOUNT OF       )<br>$237,089.55, PLUS ANY       )<br>ACCRUED INTEREST, and       )<br>                            )<br>ALL FUNDS HELD IN ACCOUNT   )<br>BONAVENTURA - 2190175 AT    )<br>BANCA UNIONE DI CREDITO IN  )<br>THE APPROXIMATE AMOUNT OF   )<br>$503,456.54, PLUS ANY       )<br>ACCRUED INTEREST,           )<br>                            )<br>           Defendants.      ) | 2:06-CV-0509 FCD KJM<br><br>~~GOVERNMENT'S EX PARTE~~<br>~~[proposed]~~ ORDER SEALING<br>COMPLAINT FOR FORFEITURE;<br>DECLARATION OF SPECIAL AGENT<br>LISA ULRIKSON<br><br>[UNDER SEAL]<br><br><br>**SEALED** |

USA v. Approximate amount of $1,197,945.32 et al    Doc. 3

**ORDER SEALING COMPLAINT FOR FORFEITURE,<br>
WARRANT OF ARREST IN REM,<br>
AND EX PARTE APPLICATION AND ORDER**

**[UNDER SEAL]**

Upon the *ex parte* application of plaintiff United States of America for an order sealing the Complaint for Forfeiture In Rem, the Summons and Warrant of Arrest In Rem, related case opening documents, the application for a sealing order, the supporting declaration, and this order, and good cause appearing,

IT IS HEREBY ORDERED that said application is GRANTED. The Complaint for Forfeiture, the government's *ex parte* application for an order sealing the complaint, supporting declaration and this Order shall be filed under seal until further order of the Court. Nothing in this Order shall preclude the government, in its discretion, from disclosing to appropriate Swiss authorities the filing of the Complaint for Forfeiture in Rem, and the issuance of the Summons and Warrant of Arrest In Rem.

IT IS SO ORDERED.

DATED: 3/10/06

UNITED STATES MAGISTRATE JUDGE