```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2700
```

**FILED**

MAR 1 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CV-0509 FCD KJM |
| Plaintiff, ) | |
| v. ) | GOVERNMENT'S EX PARTE [proposed] ORDER SEALING COMPLAINT FOR FORFEITURE; DECLARATION OF SPECIAL AGENT LISA ULRIKSON |
| ALL FUNDS HELD IN ACCOUNT LEIKA-85157 AT BANCA UNIONE DI CREDITO IN THE APPROXIMATE AMOUNT OF $1,197,945, PLUS ANY ACCRUED INTEREST, ) | [UNDER SEAL] |
| ALL FUNDS HELD IN ACCOUNT BUGGY-85192 AT BANCA UNIONE DI CREDITO IN THE APPROXIMATE AMOUNT OF $280,860.62, PLUS ANY ACCRUED INTEREST, ) | **SEALED** |
| ALL FUNDS HELD IN ACCOUNT SULKY-85172 AT BANCA UNIONE DI CREDITO IN THE APPROXIMATE AMOUNT OF $237,089.55, PLUS ANY ACCRUED INTEREST, and ) | |
| ALL FUNDS HELD IN ACCOUNT BONAVENTURA - 2190175 AT BANCA UNIONE DI CREDITO IN THE APPROXIMATE AMOUNT OF $503,456.54, PLUS ANY ACCRUED INTEREST, ) | |
| Defendants. ) | |

**ORDER SEALING COMPLAINT FOR FORFEITURE, WARRANT OF ARREST IN REM, AND EX PARTE APPLICATION AND ORDER**

**[UNDER SEAL]**

Upon the _ex parte_ application of plaintiff United States of America for an order sealing the Complaint for Forfeiture In Rem, the Summons and Warrant of Arrest In Rem, related case opening documents, the application for a sealing order, the supporting declaration, and this order, and good cause appearing,

IT IS HEREBY ORDERED that said application is GRANTED. The Complaint for Forfeiture, the government's _ex parte_ application for an order sealing the complaint, supporting declaration and this Order shall be filed under seal until further order of the Court. Nothing in this Order shall preclude the government, in its discretion, from disclosing to appropriate Swiss authorities the filing of the Complaint for Forfeiture in Rem, and the issuance of the Summons and Warrant of Arrest In Rem.

IT IS SO ORDERED.

DATED: 3/10/06

UNITED STATES MAGISTRATE JUDGE