```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ COURTNEY J. LINN
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, CA 95814
 4 │ Telephone:  (916) 554-2700
```

**FILED**

MAR 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CV-0509 FCD KJM |
| Plaintiff, | **EX PARTE APPLICATION TO UNSEAL COMPLAINT FOR FORFEITURE AND RELATED DOCUMENTS** |
| v. | [PROPOSED] ORDER |
| ALL FUNDS HELD IN ACCOUNT LEIKA-85157 AT BANCA UNIONE DI CREDITO IN THE APPROXIMATE AMOUNT OF $1,197,945, PLUS ANY ACCRUED INTEREST, | |
| ALL FUNDS HELD IN ACCOUNT BUGGY-85192 AT BANCA UNIONE DI CREDITO IN THE APPROXIMATE AMOUNT OF $280,860.62, PLUS ANY ACCRUED INTEREST, | |
| ALL FUNDS HELD IN ACCOUNT SULKY-85172 AT BANCA UNIONE DI CREDITO IN THE APPROXIMATE AMOUNT OF $237,089.55, PLUS ANY ACCRUED INTEREST, and | |
| ALL FUNDS HELD IN ACCOUNT BONAVENTURA - 2190175 AT BANCA UNIONE DI CREDITO IN THE APPROXIMATE AMOUNT OF $503,456.54, PLUS ANY ACCRUED INTEREST, | |
| Defendants. | |

**EX PARTE APPLICATION**

On March 10, 2006, this Court ordered the sealing of a Complaint for Forfeiture *In Rem*, the Summons and Warrant of Arrest *In Rem*, and the related case opening documents. The defendants named in the parallel criminal complaint in Los Angeles were arrested yesterday, and the criminal complaint against them has been unsealed. Thus, there is no longer cause for the documents in this case to remain sealed. Accordingly, the Government respectfully requests that the application, Complaint, Summons and Warrant of Arrest *In Rem*, and related case opening documents for this matter be unsealed.

Dated: March 22, 2006

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

_____
COURTNEY J. LINN
Assistant U.S. Attorney

**ORDER**

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents for the captioned matter be UNSEALED: (1) the application to file a Complaint for Forfeiture *In Rem*; (2) the Summons and Warrant for Arrest *In Rem*; and (3) related case opening documents.

Dated: 3/22/06

_____
KIMBERLY J. MUELLER
United States Magistrate Judge