1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

**FILED**

MAR 2 4 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   **2: 0 6 - CV - 0 5 0 9 FCD KJM**
                                     )
12              Plaintiff,           )
                                     )
13       v.                          )   Civil Action No.: _____
                                     )
14  ALL FUNDS HELD IN ACCOUNT        )
    LEIKA-85157 AT BANCA UNIONE      )
15  DI CREDITO IN THE APPROXIMATE    )
    AMOUNT OF $1,197,945.32, PLUS    )
16  ANY ACCRUED INTEREST,            )
                                     )
17  ALL FUNDS HELD IN ACCOUNT        )
    BUGGY-85192 AT BANCA UNIONE      )
18  DI CREDITO IN THE APPROXIMATE    )
    AMOUNT OF $280,860.62, PLUS      )
19  ANY ACCRUED INTEREST,            )
                                     )
20  ALL FUNDS HELD IN ACCOUNT        )
    SULKY-85172 AT BANCA UNIONE      )
21  DI CREDITO IN THE APPROXIMATE    )
    AMOUNT OF $237,089.55, PLUS      )
22  ANY ACCRUED INTEREST, and        )
                                     )
23  ALL FUNDS HELD IN ACCOUNT        )
    BONAVENTURA - 2190175 AT         )
24  BANCA UNIONE DI CREDITO IN       )
    THE APPROXIMATE AMOUNT OF        )
25  $503,456.54, PLUS ANY ACCRUED    )
    INTEREST,                        )
26                                   )
                Defendants.          )
27  _____)

28

1

1

**SUMMONS AND WARRANT OF ARREST *IN REM***

2

TO:   THE ATTORNEY GENERAL OF THE UNITED STATES OR HIS DULY
      AUTHORIZED REPRESENTATIVE(S) –

3

4

Greetings:

5

6

1.   WHEREAS, the United States of America has filed a Verified Complaint for Forfeiture *In Rem* on March 10, 2006, in the United States District Court for the Eastern District of California, alleging that the assets described in paragraphs 2.a-d below are subject to forfeiture to the United States pursuant 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), for violations of Title 18, United States Code, Section 371 (Conspiracy); Title 18, United States Code, Section 1347 (Health Care Fraud); Title 42 United States Code, Section 1320a-7b(b) (Medicare Kickbacks); Title 42, United States Code, Section 1320a-7b(c) (False Statements As To Operation of a Medicare Provider), Title 18, United States Code, Section 1956(a)(1) (Money Laundering), Title 18, United States Code, Section 1956(a)(2) (International Money Laundering), and Title 18, United States Code, Section 1956(h) (Conspiracy to engage in Money Laundering).

7

8

9

10

11

12

13

14

15

16

17

18

19

20

2.   The assets subject to forfeiture consist of:

21

22        a)   All funds held at BANCA UNIONE DI CREDITO, Account
               LEIKA-85157 in the approximate amount of

23             $1,197,945.32, plus any accrued interest;

24        b)   All funds held at BANCA UNIONE DI CREDITO, Account
               BUGGY-85192 in the approximate amount of

25             $280,860.62, plus any accrued interest;

26        c)   All funds held at BANCA UNIONE DI CREDITO, Account
               SULKY-85172 in the approximate amount of

27             $237,089.55, plus any accrued interest; and

28        d)   All funds held at BANCA UNIONE DI CREDITO, Account

2

Bonaventura - 2190175 in the approximate amount of $503,456.54, plus any accrued interest;

Hereinafter the assets described above are referred to collectively as the "Defendant Assets."

2. WHEREAS, based upon the Court's review of Verified Complaint for Forfeiture *in Rem*, probable cause exists to believe that the Defendant Assets constitute the proceeds of, and property involved in or traceable to, the criminal violations described in paragraph one above, and that grounds exist for issuance of a summons and warrant of arrest for articles *in rem*, pursuant to Supplemental Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims and 28 U.S.C. § 1355(b)(2);

3. YOU ARE, THEREFORE, HEREBY COMMANDED to request that the proper authorities of the Government of Switzerland restrain, detain and seize each and all of the Defendant Assets, where ever they may be found; take such action as may be necessary to prevent the Defendant Assets' sale, transfer, or alienation; and release the Defendant Assets into the custody of the United States of America or, alternatively, maintain them in the custody and control of the proper authorities of the Government of Switzerland during the pendency of this proceeding or until further order of this Court.

4. Notice of the service of this Summons and Warrant of Arrest In Rem shall be returned to the Court, after the Summons and Warrant of Arrest In Rem's execution identifying the efforts undertaken by the Attorney or his designee(s) to comply with the above-stated command.

3

1      5.   YOU ARE ALSO HEREBY COMMANDED to give due notice that all
2   persons claiming an interest in any or all of the defendant
3   properties or having an explanation as to why the properties should
4   not be condemned and disposed of pursuant to the prayer of the
5   Complaint for Forfeiture *In Rem*, must file a verified statement
6   identifying his, her or its interest and right in the property
7   pursuant to Rule C(6), Supplemental Rules for Certain Maritime and
8   Admiralty Claims, within thirty (30) days after the execution of
9   this process or completed publication pursuant to Rule C(4),
10  whichever occurs first, and must file an Answer within twenty (20)
11  days after the filing of the verified claim, all with the Clerk of
12  this Court.  Such filings shall be made with the Clerk of the
13  Court,  United  States  District  Court,  Eastern  District  of
14  California, located at 501 I Street, Room 4-200, Sacramento,
15  California 95814; and, with a copy thereof sent to Courtney J.
16  Linn, Assistant United States Attorney, United States Attorney's
17  Office, 501 I Street, Ste. 10-100, Sacramento, California 95814,
18  United States of America.

19      6.   The Clerk of the Court shall issue to the United States
20  such certified copies of this Summons and Warrant of Arrest In Rem
21  of the Verified Complaint as the United States may require to give
22  effect to the Court's commands.

23      Issues this __10th__ day of March, 2006.

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF CALIFORNIA

4