```
McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br>ALL FUNDS HELD IN ACCOUNT        )<br>LEIKA-85157 AT BANCA             )<br>UNIONE DI CREDITO IN THE         )<br>APPROXIMATE AMOUNT OF            )<br>$1,197,945, PLUS ANY            )<br>ACCRUED INTEREST,                )<br>                                 )<br>ALL FUNDS HELD IN ACCOUNT        )<br>BUGGY-85192 AT BANCA             )<br>UNIONE DI CREDITO IN THE         )<br>APPROXIMATE AMOUNT OF            )<br>$280,860.62, PLUS ANY           )<br>ACCRUED INTEREST,                )<br>                                 )<br>ALL FUNDS HELD IN ACCOUNT        )<br>SULKY-85172 AT BANCA             )<br>UNIONE DI CREDITO IN THE         )<br>APPROXIMATE AMOUNT OF            )<br>$237,089.55, PLUS ANY           )<br>ACCRUED INTEREST, and            )<br>                                 )<br>ALL FUNDS HELD IN ACCOUNT        )<br>BONAVENTURA - 2190175 AT         )<br>BANCA UNIONE DI CREDITO IN       )<br>THE APPROXIMATE AMOUNT OF        )<br>$503,456.54, PLUS ANY           )<br>ACCRUED INTEREST,                )<br>                                 )<br>          Defendants.            ) | 2:06-CV-0509-FCD-KJM<br><br>APPLICATION AND ORDER<br>FOR PUBLICATION |

The United States of America, plaintiff herein, applies for an order of publication as follows:

1. Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

3. The defendant funds are located in Switzerland but certain events giving rise to the forfeiture occurred in the Central and Eastern Districts of California;

4. Plaintiff proposes that publication be made as follows:

    a. Three publications;

    b. In the following newspapers, legal newspapers of general circulation, located in the judicial district where the forfeiture complaint has been filed (Sacramento): <u>Daily Recorder</u> and in the county where certain actions giving rise to the forfeiture occurred (Los Angeles): <u>Metropolitan News</u>;

    c. The publication to include the following:

        (1) The Court, title and number of the action;

        (2) The date of the arrest/seizure;

        (3) The identity and/or description of the property arrested/seized;

        (4) The name, address and telephone number of the attorney for the plaintiff;

        (5) A statement that claims of persons entitled

to possession or claiming an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with the Clerk and served on the attorney for the plaintiff within 30 days after the date of publication;

(6) A statement that answers to the complaint must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

(7) A statement that applications for intervention under Fed. R. Civ. P. 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

(8) The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: 4/28/06         McGREGOR W. SCOTT
                       United States Attorney


                       /s/ Courtney J. Linn
                       COURTNEY J. LINN
                       Assistant U.S. Attorney


**ORDER**

    IT IS SO ORDERED.

DATE:  April 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

3